UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 01 CR 101-1 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| EDDIE C. HICKS | ) | |

**ATTORNEY DESIGNATION**

Please take notice that Assistant United States Attorney Brian Havey has been designated as co-counsel for the United States in the above-captioned case.

                           Respectfully submitted,

                           JOEL R. LEVIN
                           Acting United States Attorney

By:   */s/ Brian Havey*
       BRIAN HAVEY
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-1857