IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 01 CR 101-1 |
| v. | ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| Eddie C. Hicks, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Defendant appeared in response to bench warrant issued on 6/9/2003 (see minute entry no. [83]). Enter Order appointing attorney Robert K. Crowe from the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Without objection, government's oral motion for detention is granted without prejudice. Defendant is remanded into the custody of the U.S.M.S. pending further order of court. Detention Order to follow. Status before Judge Lefkow is set for 10/25/2017 at 9:00 a.m.

Date: 10/19/2017

/s/ Daniel M. Martin
United States Magistrate Judge