# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S. v. Eddie Hicks, et al.,

Case Number: 01 CR 101

An appearance is hereby filed by the undersigned as attorney for:
Eddie Hicks

Attorney name (type or print): Robert K. Crowe

Firm: Law Office of Robert K. Crowe

Street address: P.O. Box 6456

City/State/Zip: Evanston, IL 60202

Bar ID Number: 6197122
(See item 3 in instructions)

Telephone Number: (415) 308-9599

Email Address: crowe611@comcast.net

FILED
OCT 19 2017
MAGISTRATE JUDGE
DANIEL G. MARTIN

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
✔ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ✔ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 19, 2017

Attorney signature: S/ *Robert K. Crowe*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015