UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 01 CR 101-1 |
| v. ) | |
| ) | Judge Joan Humphrey Lefkow |
| EDDIE HICKS, a/k/a "David Rose" ) | |

## AGREED MOTION TO CONTINUE TRIAL DATE

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits the following agreed motion to continue the trial date in this case until March 4, 2019, and reset the pretrial filing deadlines accordingly.

In support of this motion, the government states as follows:

1. As reported to the Court at the last status hearing on November 7, 2018, the defendant is engaged in ongoing review of discovery materials and intends to file additional pretrial motions, which will be noticed for presentment at the next status hearing on December 12, 2018 at 9:00 am.

2. Given that defendant's review of discovery and preparation of pretrial motions are ongoing, defendant recently confirmed to the government that he will not be ready for trial by the currently scheduled date of January 14, 2019. Defendant requested a new trial date in mid-February or early March.

3. Based on discussions with Your Honor's courtroom deputy, the parties understand that the Court is available for trial starting on March 4, 2019.

1

4. On November 20, 2018, the government conferred with defense counsel, who indicated his agreement with this motion.

WHEREFORE, the government respectfully requests that the Court continue the trial date in this matter to March 4. 2019, and reset the pretrial filing deadlines accordingly.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Grayson S. Walker*
MORRIS PASQUAL
GRAYSON SANG WALKER
Assistant United States Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 697-4091

Dated: November 21, 2018

## CERTIFICATE OF SERVICE

I, Grayson Sang Walker, hereby certify that on November 21, 2018, I electronically filed the foregoing **AGREED MOTION TO RESET TRIAL DATE** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Grayson S. Walker*
GRAYSON SANG WALKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 697-4091