UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 01 CR 101-1 |
| v. | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| EDDIE C. HICKS, a/k/a "David Rose" | ) | |

## AGREED STATEMENT OF THE CASE

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, submits the following agreed statement of the case:

The indictment in this case alleges that the defendant, Eddie C. Hicks, committed the following crimes:

- conspiracy to commit racketeering;

- conspiracy to distribute and possess with intent to distribute controlled substances;

- attempting to possess with intent to distribute a controlled substance;

- conspiracy to commit robbery and extortion;

- carrying a firearm in furtherance of a drug trafficking crime; and

- theft of government money.

The indictment further alleges that Mr. Hicks committed those crimes during the period of time between the 1990s and 2001, and that he was Chicago Police Officer during most of that period.

The indictment further alleges that Mr. Hicks was required to appear in court for his trial on those charges in 2003 and that he willfully failed to appear in court as required.  Based on those allegations, Mr. Hicks has been charged with the crime of failing to appear in court for trial.

Mr. Hicks has pleaded not guilty to each charge against him.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/Morris Pasqual*
MORRIS PASQUAL
GRAYON SANG WALKER
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

2

## CERTIFICATE OF SERVICE

I, Grayson Sang Walker, hereby certify that on January 9, 2019, I electronically filed the foregoing **AGREED STATEMENT OF THE CASE** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:     */s/ Grayson S. Walker*
        GRAYSON SANG WALKER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois  60604
        (312) 697-4091