UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 01 CR 101 |
| | ) | |
| Plaintiff, | ) | Hon. Joan Humphrey Lefkow |
| | ) | United States District Judge |
| v. | ) | |
| | ) | Date: January 16, 2019 |
| EDDIE HICKS, | ) | Time: 9:00 a.m. |
| | ) | Courtroom 2201 |
| Defendant. | ) | |

## REQUEST FOR A THREE DAY EXTENSION OF TIME TO FILE MOTIONS IN LIMINE

Counsel has discussed motions in limine with Mr. Hicks on several occasions. Counsel thought that he and Mr. Hicks were on the same page regarding any possible motions in limine. However, on January 8, 2019, counsel received a letter from Mr. Hicks indicating that we are not on the same page regarding any possible motions in limine. In the interests of maintaining a good relationship with Mr. Hicks, counsel plans to meet with Mr. Hicks on January 10, 2018 to discuss the motions in limine again. Counsel now have the Proposed Jury Instructions and will go over them with Mr. Hicks tomorrow, which counsel thinks will get us re-aligned on the motions in limine. I think that Mr. Hicks just needs to be heard one more time before we lose the possibility of filing some motions in limine. Counsel thinks it is unlikely that we will file any motions in limine, and if we do, counsel can file them by January 14, 2019.

Dated:  January 9, 2019 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　Robert K. Crowe
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Eddie Hicks
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 505
　　　　　　　　　　　　　　　　　　　　　　Wilmette, IL 60091-0505
　　　　　　　　　　　　　　　　　　　　　　Tel.: (415) 308-9599
　　　　　　　　　　　　　　　　　　　　　　Email: crowe611@comcast.net
　　　　　　　　　　　　　　　　　　　　　　(IL ARDC No. 6197122)


**CERTIFICATE OF SERVICE**

　　Robert K. Crowe, an attorney admitted to practice before this Court, hereby certifies that on January 9, 2019, I electronically filed the foregoing Request For A One-Week Extension of Time To File Any Motions in Limine with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  January 9, 2019 　　　　　　　　　　　　/s/ Robert K. Crowe