UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDDIE C. HICKS, a/k/a "David Rose" ) | No. 01 CR 101-1<br><br>Judge Joan Humphrey Lefkow |

**GOVERNMENT'S AMENDED LIST OF POTENTAL WITNESSES**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, in light of anticipated stipulations, respectfully submits the following amended list of potential witnesses, whose professional affiliations (where applicable) are noted in parentheses.

1. Michael Brown (FBI)
2. Mark Burbridge (FBI)
3. Don Duffy (FBI – retired)
4. Michael Ericks (FBI)
5. James Godfrey (Alsip Police Department – retired)
6. Karla Johnson (CPD)
7. Bruce Killian (USAO)
8. Lawrence Knitter
9. John Newcomb (FBI – retired)
10. Charles Peters (FBI – retired)
11. Charles Ralphson (Alsip Police Department – retired)
12. Julie Siegel (Alsip Police Department – retired)
13. Lou Velez (CPD – retired)
14. Elias Voulgaris (CPD)
15. Shawn Wolff (Witulski) (FBI – retired)
16. Thomas Zberkot (FBI TFO, Detroit)

Dated: February 25, 2019 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOHN R. LAUSCH, JR.
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　　*/s/Morris Pasqual*
　　　　　　　　　　　　　　　　　　　　MORRIS PASQUAL
　　　　　　　　　　　　　　　　　　　　GRAYSON SANG WALKER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　(312) 353-5300

## CERTIFICATE OF SERVICE

I, Grayson Sang Walker, hereby certify that on February 25, 2019, I electronically filed the foregoing **GOVERNMENT'S AMENDED LIST OF POTENTIAL WITNESSES** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Grayson S. Walker*
GRAYSON SANG WALKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 697-4091