UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 01 CR 101-1 |
| v. | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| EDDIE C. HICKS, a/k/a "David Rose" | ) | |

### GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits its second amended exhibit list and seeks leave to supplement, reorder, or renumber this list as needed before trial.

| Exhibit | Description |
|---|---|
| 1 | CPD employee profile sheet – Eddie Hicks |
| 2 | CPD employee profile sheet – Larry Hargrove |
| 3 | CPD employment summary – Eddie Hicks |
| 4 | CPD employment summary – Larry Hargrove |
| 5 | CPD employee profile sheet – Matt Moran |
| 6-A | CPD personnel card – Larry Knitter |
| 6-B | Personnel action request – Larry Knitter |
| 7 | CPD employee identification card – Eddie Hicks |
| 8 | CPD employee identification card – Larry Hargrove |
| 9-A | CPD Attendance & Assignment Record – Eddie Hicks (April 19, 1999) |

| Exhibit | Description |
|---|---|
| 9-B | CPD Attendance & Assignment Record – Eddie Hicks (April 20, 1999) |
| 10-A | CPD Attendance & Assignment Record – Larry Hargrove (April 19, 1999) |
| 10-B | CPD Attendance & Assignment Record – Larry Hargrove (April 20, 1999) |
| 11 | Daily Major Incident Log – Larry Hargrove (April 19-20, 1999) |
| 12 | Photograph of exterior of Moran's residence |
| 13 | Sketch of layout of interior of Moran's residence |
| 14-A | Photograph of interior of Moran's residence |
| 14-B | Photograph of interior of Moran's residence |
| 14-C | Photograph of interior of Moran's residence |
| 15 | Purported search warrant for 534 Quail Run seized from Moran's residence |
| 16 | Purported search warrant 5548 W. Gladys seized from Moran's residence |
| 17 | Purported search warrant for 5418 West Monroe seized from Moran's residence |
| 18 | Purported search warrant for 4953 West Concord seized from Moran's residence |
| 19 | 1st purported search warrant for 3134 West 67th Street seized from Moran's residence |
| 20 | 2nd purported search warrant for 3134 West 67th Street seized from Moran's residence |
| 21 | Handwritten list seized from Moran's residence |
| 22 | 1st DEA cap seized from Moran's residence |
| 23 | 2nd DEA cap seized from Moran's residence |

| Exhibit | Description |
| --- | --- |
| 24 | Set of handcuffs seized from Moran's residence |
| 25 | Two-way radio seized from Moran's residence |
| 26 | Rubber bands seized from Moran's residence |
| 27 | 1st Moran phone book (1992) seized from Moran's residence |
| 28 | 2nd Moran phone book (1993) seized from Moran's residence |
| 29 | Booking photograph of Moran |
| 30 | Booking photograph of Larry Knitter |
| 31 | Copy of U.S. currency seized from Knitter's residence |
| 32 | Ruger 9 mm handgun seized from Knitter's residence |
| 33 | S.W. 9mm handgun seized from Knitter's residence |
| 34 | Colt 38 handgun seized from Knitter's residence |
| 35 | S.W. 45 handgun seized from Knitter's residence |
| 36 | 1st bullet proof vest seized from Knitter's residence |
| 37 | 2nd bullet proof vest seized from Knitter's residence |
| 38-A | 1st leather belt with holster seized from Knitter's residence |
| 38-B | 2nd leather belt with holster seized from Knitter's residence |
| 39 | Black jacket seized from Knitter's residence |
| 40 | White Sox cap seized from Knitter's residence |
| 41 | 1st Saber radio seized from Knitter's residence |
| 42 | 2nd Saber radio seized from Knitter's residence |

| Exhibit | Description |
|---|---|
| 43-A | Tools recovered from black bag seized from Knitter's residence |
| 43-B | Flashlight recovered from black bag seized from Knitter's residence |
| 43-C | Gloves recovered from black bag seized from Knitter's residence |
| 43-D | Handcuffs recovered from black bag seized from Knitter's residence |
| 44 | Auto keys with vehicle number tags seized from Knitter's residence |
| 45 | CPD City-wide area and district map |
| 46 | Photograph of Caprice vehicle |
| 47 | Photograph of M plates (demonstrative) |
| 48 | Aerial photograph of 51st and Wentworth police station |
| 49 | Aerial photograph of 35th and Normal police station |
| 50 | Aerial photograph of Area 2 police station at 111th Street |
| 51 | Blank Circuit Court of Cook County search warrant |
| 52 | 1D 28A - video and audio of activity at 3019 West 58th Street apartment on 12-21-00 |
| 52 (Clip) | 1D 28A recording clip |
| 53 | 1D 28B - video and audio of activity at 3019 West 58th Street apartment on 12-21-00 |
| 53 (Clip) | 1D 28B recording clip |
| 54 | 1D 28C – split screen video activity at 3019 West 58th Street apartment on 12-21-00 |
| 54 (Clip) | 1D 28C recording clip |
| 55 | 1D 43A – video and audio of activity at 3134 West 67thth Street apartment on 1-31-01 |

4

| Exhibit | Description |
|---|---|
| 55 (Clip) | 1D 43A recording clip |
| 56 | 1D 43B – video and audio of activity at 3134 West 67thth Street apartment on 1-31-01 |
| 56 (Clip) | 1D 43B recording clip |
| 57 | 1D 43C – split screen video activity at 3019 West 58th Street apartment on 1-31-01 |
| 57 (Clip) | 1D 43C recording clip |
| 58-A | Knitter map #1 (Chicago and south suburbs) |
| 58-B | Knitter map #2 (south suburbs) |
| 59 | Recording clips for identification of Hicks |
| 60 | Photograph of Eddie Hicks and Matt Moran at tattoo parlor |
| 61 | Photograph of Larry Hargrove |
| 62 | Aerial photograph of 44th & Wentworth viaduct |
| 63 | Scanner seized from Moran's residence |
| 64 | Two-way radio seized from Moran's residence |
| 65 | Hinckley Springs water jug (demonstrative) |
| 66 | Freezer bag (demonstrative) |
| 67 | Photograph of Best Western Grant Park Hotel at 1100 S. Michigan Avenue |
| 68 | Purple Crown Royal bag (demonstrative) |
| 69 | MercyWorks records – Larry Knitter |
| 70 | Plea Agreement – U.S. v. Larry Knitter |
| 71 | Certified Death certificate – Dorothy Knitter |

| Exhibit | Description |
| --- | --- |
| 72 | Purported search warrant for 3019 West 58th Street apartment |
| 73 | Photograph of Knitter inside West 58th Street apartment on 12-21-2000 |
| 74 | Photograph of Moran inside West 58th Street apartment on 12-21-2000 |
| 75 | First photograph of Knitter inside West 67th Street apartment on 1-31-2001 |
| 76 | Second photograph of Knitter inside West 67th Street apartment on 1-31-2001 |
| 77 | Photograph of Moran inside West 67th Street apartment on 1-31-2001 |
| 78 | Certified vehicle registration for Monte Carlo – Eddie Hicks |
| 79 | Certified vehicle registration for Lexus – Eddie Hicks |
| 80 | Certified Vehicle registration for 2 Cadillacs – Larry Hargrove |
| 81 | Certified Death Certificate – Matt Moran Jr. |
| 82 | Leak & Sons Funeral Card for Matt Moran Jr. |
| 83 | Certified Birth Certificate – Brandy Hargrove |
| 84 | Photograph of front of 4111 West 127th Street apartment building |
| 85 | Photograph of parking lot adjoining 4111 West 127th Street apartment building |
| 86 | Photograph of apartment hallway at 4111 West 127th Street apartment building |
| 87 | Photograph of apartment hallway at 4111 West 127th Street apartment building |
| 88 | Handwritten note re: Alsip incident |
| 89 | Alsip PD Incident Dispatch Report dated 4-20-99 |
| 90 | Alsip PD Incident Report dated 4-20-99 |

| Exhibit | Description |
|---|---|
| 91 | Handwritten note re: Alsip incident |
| 92 | Handwritten note re: Alsip incident |
| 93-A to 93-K | Alsip Photo Array (African-American officers |
| 94-A to 94-F | Alsip Photo Array (white officers) |
| 95 | Map of Chicago and Alsip |
| 96-A and 96-B | M 74688 license plate |
| 97 | 1D 27 recording (12-18-00) (audio of meeting) |
| 97 (Clip) | 1D 27 recording clips |
| 97 (Tr.) | 1D 27 transcript |
| 98 | 1D 29 recording (12-22-00) (telephone call) |
| 98 (Clip) | 1D 29 recording clips |
| 98 (Tr.) | 1D 29 transcript |
| 99 | 1D 30 recording (12-22-00) (telephone call) |
| 99 (Clip) | 1D 30 recording clips |
| 99 (Tr.) | 1D 30 recording transcript |
| 100 | 1D 33 recording (12-21-00) (telephone call) |
| 100 (Clip) | 1D 33 recording clips |
| 100 (Tr.) | 1D 33 transcript |
| 101 | ID 34 recording (12-21-00) (audio and video) |

7
Case: 1:01-cr-00101 Document #: 301 Filed: 03/04/19 Page 7 of 13 PageID #:1095

| Exhibit | Description |
|---|---|
| 101 (Enhanced) | 1D 34 recording (enhanced) |
| 101 (Clip) | 1D 34 recording clips from enhanced video |
| 101 (Tr.) | 1D 34 transcript |
| 102 | 1D 35 recording (12-21-00) (audio and video) |
| 102 (Enhanced) | 1D 35 recording (enhanced) |
| 102 (Clip) | 1D 35 recording clips from enhanced video |
| 102 (Tr.) | 1D 35 transcript |
| 103 | 1D 47 recording (1-26-01) (audio and video) |
| 103 (Enhanced) | 1D 47 recording (enhanced) |
| 103 (Clip) | 1D 47 recording clips from enhanced video |
| 103 (Tr.) | 1D 47 transcript |
| 104 | 1D 48 recording (1-28-01) (telephone call) |
| 104 (Clip) | 1D 48 recording clips |
| 104 (Tr.) | 1D 48 transcript |
| 105 | 1D 50 recording (1-31-01) (telephone call) |
| 105 (Tr.) | 1D 50 transcript |
| 106 | 1D 51 recording (1-31-01) (telephone call) |

8

| Exhibit | Description |
|---|---|
| 106 (Tr.) | 1D 51 transcript |
| 107 | 1D 52A (1-31-01) (telephone call) |
| 107 (Clip) | 1D 52-A recording clip |
| 107 (Tr.) | 1D 52-A transcript |
| 108 | 1D 52-B (1-31-01) (telephone call) |
| 108 (Clip) | 1D 52-B recording clip |
| 108 (Tr.) | 1D 52-B transcript |
| 109 | 1D 52-C (1-31-01) (telephone call) |
| 109 (Clip) | 1D 52-C recording clip |
| 109 (Tr.) | 1D 52-C transcript |
| 110 | 1D 54 recording (1-31-01) (audio and video) |
| 110 (Enhanced) | 1D 54 recording (enhanced) |
| 110 (Clip) | 1D 54 recording clips from enhanced video |
| 110 (Tr.) | 1D 54 transcript |
| 111 | 1D 55 recording (1-31-01) (audio and video) |
| 111 (Enhanced) | 1D 55 recording (enhanced) |
| 111 (Clip) | 1D 55 recording clips from enhanced video |

| Exhibit | Description |
|---|---|
| 111 (Tr.) | 1D 55 transcript |
| 112-A to 112-D | MCC voice comparison recordings – Eddie Hicks |
| 113 | Copy of U.S. currency recovered from Arthur Veal on 1-31-01 |
| 114 | $10,000 in bait bills place in undercover apartment on 1-31-01 |
| 115-A | Booking photograph of Eddie Hicks (Chicago) – glasses |
| 115-B | Booking photograph of Eddie Hicks (Chicago) – no glasses |
| 116 | Smith & Wesson, model 6906, 9 mm handgun, serial TYF77552, and magazine seized from Eddie Hicks on 1-31-01 |
| 117 | Holster seized from Eddie Hicks on 1-31-01 |
| 118 | CPD sergeant's badge retired and City of Chicago retired ID card in billfold seized from Eddie Hicks' person on 1-31-01 |
| 119 | Cellular phone seized from Eddie Hicks' person on 1-31-01 |
| 120 | Copy of U.S. currency seized from Eddie Hicks' person on 1-31-01 |
| 121 | Telephone Address Book seized from Eddie Hicks' person on 1-31-01 |
| 122 | Copy of U.S. currency seized from Eddie Hicks' residence on 1-31-01 |
| 123 | Bulletproof vest seized from Eddie Hicks' residence on 1-31-01 |
| 124-A to 124-E | Handcuffs seized from Hicks' residence on 1-31-01 |
| 125 | CPD badge and City of Chicago ID card for Carol L. Pierce seized from Eddie Hicks' residence on 1-31-01 |
| 126 | Telephone address book seized from Eddie Hicks' residence on 1-31-01 |
| 127 | First photograph of safe at Hicks' residence |
| 128 | Second photograph of safe at Hicks' residence |

| Exhibit | Description |
|---|---|
| 129 | Photograph of cash and firearms found in safe at Hicks' residence |
| 130 | Smith & Wesson .38 caliber revolver, serial # 969189 |
| 131 | Smith & Wesson, .38 caliber revolver, serial # BDB0436 |
| 132 | Smith & Wesson .38 caliber revolver, serial # D684796 |
| 133 | Smith & Wesson, Model 469 pistol, serial # TAA3894 |
| 134 | Photograph of Lexus in Hicks' garage |
| 135 | Ameritech Telephone Records (November 2000 – February 2001) – Eddie Hicks |
| 136 | PrimeCo Telephone Records (November 2000 – January 2001) – Eddie Hicks |
| 137 | Ameritech Telephone Records (December 2000 – February 2001) – Matt Moran |
| 138 | Ameritech Telephone Records (December 2000 – February 2001) – Larry Knitter |
| 139 | Ameritech Telephone Records (December 2000 – February 2001) – Arthur Veal |
| 140 | Direct Deposit Authorization Form – Larry Hargrove |
| 141 | Telephone Records Summary Chart |
| 142 | Certified copy of Criminal Complaint dated 2-1-01– U.S. v. Eddie Hicks, 01 CR 101 |
| 143 | Certified copy of Order Setting Conditions of Release dated 2-22-01 – U.S. v. Eddie Hicks, 01 CR 101 |
| 144 | Certified copy of Minute Order dated 4-24-01 re: enlargement of bond – U.S. v. Eddie Hicks, 01 CR 101 |
| 145 | Certified copy of Indictment dated 11-27-01 – U.S. v. Eddie Hicks, 01 CR 101 |
| 146 | Certified copy of Minute Order dated 1-23-03 setting trial date of 6-9-03 – U.S. v. Eddie Hicks, 01 CR 101 |

| Exhibit | Description |
|---|---|
| 147 | Transcript of Proceeding before Judge Wayne Andersen on 5-29-03 – U.S. v. Eddie Hicks, 01 CR 101 |
| 148 | Transcript of Proceeding before Judge Wayne Andersen on 6-9-03 – U.S. v. Eddie Hicks, 01 CR 101 |
| 149 | Certified copies of Michigan Department of State applications for driver's license and digital images in the name of David Rose (DOB: 3-11-56) |
| 150 | Certified copy of Illinois Marriage License – Eddie Hicks and Carol L. Pierce dated 6-2-03 |
| 151 | Jackson National Life Insurance file for policy numbers 0009778490 |
| 152 | Jackson National Life Insurance file for policy numbers 0030147470 |
| 153 | Bank records for account number 16489 in the name of Eddie Hicks for May – June 2003 |
| 154 | Bank records for account number 004933320 in the name of Eddie Hicks for May – June 2003 |
| 155-A | Schedule of selected account activity for March – June 2003 for Seaway National Bank account number 004933320 |
| 155-B | Schedule of selected account activity for April – July 2003 for Patrolmen's Federal Credit Union savings account number 16489 |
| 156 | Arrest photograph of Eddie Hicks (Detroit) |

Dated: March 4, 2019          Respectfully submitted,

                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

By:    */s/Morris Pasqual*
        MORRIS PASQUAL
        GRAYSON SANG WALKER
        Assistant United States Attorneys
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300

## CERTIFICATE OF SERVICE

    I, Grayson Sang Walker, hereby certify that on March 4, 2019, I electronically filed the foregoing **GOVERNMENT'S SECOND AMENDED EXHIBIT LIST** with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the Case Management/Electronic Case Files (CM/ECF) system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:   */s/ Grayson S. Walker*
        GRAYSON SANG WALKER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 697-4091