# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:01−cr−00101
Honorable Joan H. Lefkow

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2019:

    MINUTE entry before the Honorable Joan H. Lefkow as to Eddie C Hicks: Jury trial held, jury deliberations begin. Jury trial ends. Jury verdict entered of guilty as to counts one (1), two (2), three (3), four (4), six (6), seven (7), eight (8), nine (9). Order cause referred to the probation office for presentence investigation. Post trial motions are to be filed on or before 4/9/2019. Status hearing is set for 4/10/2019 at 9:00 a.m. to set a sentencing date. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.